No. 4745.—GONZÁLEZ ET AL., apltes., *v.* CUEBAS PADILLA ET AL., apldos.— C. D. San Juan. Nov. 14, 1928. Habiendo vencido el 19 de agosto último la prórroga concedida a los demandantes en este caso para pre-

sentar la transcripción de la evidencia para su apelación contra la sentencia sin que lo hayan hecho ni obtenido nueva prórroga, ni presentado la transcripción de los autos en este tribunal; y no aduciendo razones suficientes los apelantes para que les concedamos un nuevo término para proseguir su apelación, no ha lugar a esta pretensión y debemos desestimar y desestimamos la apelación.